UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-62375-ALTMAN/Hunt

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**IRV MALVIN, INC., d/b/a
BEVERLY'S JEWELERS,
a Florida for-profit corporation,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendant, though their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal documents.

    DATED: January 9, 2023.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**ENTIN LAW GROUP, P.A.**
Counsel for Defendant
1213 S.E. Third Avenue
Fort Lauderdale, FL  33301
(954) 761-7201
josh@entinlaw.com

By : */s/ Joshua M. Entin*
      JOSHUA M. ENTIN
      Fla. Bar No. 493724