UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62375-ALTMAN/Hunt

**NELSON FERNANDEZ**,

    *Plaintiff*,

*v.*

**IRV MALVIN, INC.**, *d/b/a*
**BEVERLY'S JEWELERS**,

    *Defendant*.

_____/

**ORDER**

The parties filed a Joint Notice of Settlement [ECF No. 8], informing the Court that they have settled this case. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **February 10, 2023**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 10, 2023.

                                                            **ROY K. ALTMAN**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record